UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

This Document Relates To:

*Barbara Simonetti v. Boehringer Ingelheim Pharmaceuticals Inc., et al.*   No. 13-cv-51883-DRH

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal entered on January 22, 2016(Doc. 5), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Dated: January 26, 2016

APPROVED:
   U.S. DISTRICT JUDGE
   U. S. DISTRICT COURT

Digitally signed by Judge David R. Herndon
Date: 2016.01.26 06:50:25 -06'00'